NUMBER 13-99-682-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


JEAN BLANEY
, Appellant,


v.



DORIS SAVAGE
, Appellee.

____________________________________________________________________


On appeal from the 272nd District Court


of Brazos County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, JEAN BLANEY, perfected an appeal from a judgment entered by the
272nd District Court of Brazos County, Texas, in cause number 46,701-272. After
the record was filed, the parties filed a motion to dismiss the appeal. In the motion,
the parties state that all matters of fact and things in controversy between them have
been fully and finally compromised and settled. The parties request that this Court
dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of May, 2000.